**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                               Misc. Pro. No. 25-00103-SMG

Matter of United States Trustee's Motion,
for Show Cause Order Against Jerome
Ramsaran.

_____/

**Jermone Ramsaran's Response to Order to Show Cause**

In response to the Court's Order to Show Cause [DE 2], I, Jerome Ramsaran, (i) take full

responsibility for my actions, (ii) I apologize to the Court for my actions, (iii) I assure the Court

that what happened will never happens again, (iv) I agree with the Court that I should be required

to take continuing legal education on professional responsibility; and (v) if the Court deems it

necessary, I accept (and do not object) that my CM/ECF filing privileges will be suspended, and I

defer to the Court as to how long of a suspension the Court deems to be fair and reasonable.


Dated:  June 26, 2025                     Respectfully submitted,



                                          By: */s/ Jerome  Ramsaran*                      .
                                              JEROME RAMSARAN, ESQ.
                                              JEROME RAMSARAN, P.A.
                                              1200 Brickell Ave., Suite 1950
                                              Miami, FL 33131
                                              Tel: (888) 423-9393
                                              Fax: (866) 473-2260
                                              info@ramsaranlawgroup.com
                                              jerome@ramsaranlawgroup.com


**Certificate of Service**

I HEREBY CERTIFY that on June 26, 2025, a true and correct copy of the foregoing was

filed with the Court using CM/ECF, which will serve electronic notice on all parties of record,

and I certify that the foregoing was also served on following counsel via email:

John Schank, Esq.
Florida Bar No. 1002828
Steven Schneiderman, Esq.
Office of the United States Trustee
51 SW 1st Ave, Suite 1204
Miami, FL 33130
john.s.schank@usdoj.gov
steven.d.schneiderman@usdoj.gov

                                        /s/ Jerome Ramsaran         .
                                        Jerome Ramsaran
                                        Fla. Bar No. 112703