**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
https://www.flsb.uscourts.gov/

In re:

Matter of United States Trustee's Motion,                    Misc. Proc. No. 25-00103-SMG
for Show Cause Order against Melodye Hannes.

_____/

Matter of United States Trustee's Motion,
for Show Cause Order against Jerome Ramsaran.

_____/

**JOINT STIPULATION OF PROPOSED RESOLUTION OF**
**ORDER TO SHOW CAUSE ISSUED TO JEROME RAMSARAN**

Mary Ida Townson, the United States trustee for Region 21 (the "UST"), and Jerome

Ramsaran ("Ramsaran") propose the following terms, subject to this court's approval, to resolve

the *Order to Show Cause Why Jerome Ramsaran, Esq. Should Not Be Required To Attend Legal*

*Education on Professional Responsibility And Have His Electronic Filing Privileges Suspended*

[ECF No. 2]:

1.      Immediately following entry of an order approving these stipulated terms, Jerome

Ramsaran shall sign up for multifactor authentication on PACER using a device/multifactor

authentication application that only can be accessed using Jerome Ramsaran's biometric data (e.g.,

face recognition).

2.      Within 7 days after entry of an order approving these stipulated terms, Jerome

Ramsaran shall voluntarily cease usage of CM/ECF for electronic document filing for 30 days.

Jerome Ramsaran shall file with the court a notice indicating the start date of Jerome Ramsaran's

voluntary 30-day cessation of use of CM/ECF for electronic document filing.

3.       On or before the conclusion of such 30-day period, Jerome Ramsaran shall complete 10 credit hours of continuing legal education, of which a minimum of 5 hours shall be for professional responsibility and a minimum of 5 hours shall be for bankruptcy law.

4.       Within 15 days after the conclusion of such 30-day period, Jerome Ramsaran shall file a declaration with the court attesting to compliance with ¶ 1 and ¶ 3. Such declaration shall contain documentation attached evidencing compliance.

a.       If such declaration is filed, the UST shall have 15 days to file any objection, if appropriate, which shall be set for a hearing to resolve by the court.

b.       If such declaration is not filed, Jerome Ramsaran agrees to entry of an injunction prohibiting Jerome Ramsaran from electronically filing documents on CM/ECF until a declaration of tardy compliance with documentation to evidence compliance with ¶ 1 and ¶ 4 is filed with the court, *provided that* such injunction shall not enjoin Jerome Ramsaran from filing the tardy declaration in this proceeding and such injunction shall not be dissolved until after notice and hearing.

Jointly submitted by,

| for Mary Ida Townson | for Jerome Ramsaran |
|---|---|
| */s/ John Schank* <br> John Schank <br> Florida Bar No. 1002828 <br> Office of the United States Trustee <br> 51 SW 1st Avenue, Room 1204 <br> Miami, FL 33130 <br> (305) 536-7285 <br> john.s.schank@usdoj.gov | */s/ Herman J. Russomanno, III* <br> Herman J. Russomanno, III <br> Florida Bar No. 21249 <br> Russomanno & Borrello, P.A. <br> 999 Ponce De Leon Blvd., Suite 750 <br> Coral Gables, Florida 33134 <br> (305) 373-2101 <br> herman2@russomanno.com |