

**ORDERED in the Southern District of Florida on July 11, 2025.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
https://www.flsb.uscourts.gov/

In re:

Matter of United States Trustee's Motion,         Misc. Proc. No. 25-00103-SMG
for Show Cause Order against Melodye Hannes.

_____/

Matter of United States Trustee's Motion,
for Show Cause Order against Jerome Ramsaran.

_____/

**ORDER APPROVING JOINT STIPULATION OF PROPOSED RESOLUTION AND**
**DISCHARGING ORDER TO SHOW CAUSE ISSUED TO JEROME RAMSARAN, ESQ.**

THIS PROCEEDING was called for a hearing on Tuesday, July 8, 2025, at 1:30 p.m., upon

the *Order to Show Cause Why Jerome Ramsaran Should Not Be Required to Attend Legal*

*Education on Professional Responsibility and Have His Electronic Filing Privileges Suspended*

[ECF No. 2] (the "Show Cause Order"), which was entered on June 6, 2025, after consideration

of the *Motion for Order Requiring Jerome Ramsaran to Show Cause* [Case No. 25-10825-SMG,

ECF No. 97] (the "Motion") filed by the Mary Ida Townson, the United States trustee for Region 21 (the "UST"), on June 3, 2025.

In the Show Cause Order, the Court directed Jerome Ramsaran, Esq., to appear before the Court and show cause why he should not be required to take continuing legal education on professional responsibility and have his CM/ECF filing privileges suspended. Ramsaran filed a response to the Show Cause Order on June 26, 2025. [ECF No. 13]. Ramsaran and the United States trustee (the "UST") jointly filed a stipulation of proposed resolution to the Show Cause Order on July 7, 2025 (the "Joint Stipulation"). [ECF No. 14]. Counsel for the UST, Ramsaran, and Hermann Russomanno III, Esq., attended the hearing.

The Court, having considered Ramsaran's Response, the Joint Stipulation, and the parties' presentation at the hearing, adopts the proposed resolution in the Joint Stipulation in full with certain revisions made on the record at the hearing.

Accordingly, it is

**ORDERED** and **ADJUDGED**:

1. Ramsaran shall immediately register for multifactor authentication on his PACER account, which shall use his biometric data stored on a device that only Ramsaran can access.

2. Within 7 days of the date of this order, Ramsaran shall file a notice in this proceeding that states Ramsaran has voluntarily ceased usage of his CM/ECF filing privileges. Ramsaran shall not use his CM/ECF filing privileges for 30 days from the date such notice is filed in this proceeding (the "Voluntary Suspension Period").

3. Ramsaran is authorized to file court documents in person with the Clerk of this Court during the Voluntary Suspension Period.

4. On or before the conclusion of the Voluntary Suspension Period, Ramsaran shall obtain at least 10 credit hours of continuing legal education, of which a minimum of 3 hours shall be for professional responsibility, a minimum of 3 credit hours shall be for technology, and a minimum of 4 credit hours shall be for bankruptcy-related courses.

5. Within 15 days after the conclusion of the Voluntary Suspension Period, Ramsaran shall file a declaration attesting to Ramsaran's compliance with paragraphs 1 and 4 of this order. Ramsaran shall include any documentation necessary to demonstrate compliance as attachments to this declaration.

6. Within 15 days after Ramsaran files the declaration, the UST may file an objection to the declaration. If such an objection is filed, the parties shall obtain a hearing date to resolve the objection by the Court.

7. If Ramsaran fails to file the declaration within 15 days after the conclusion of the Voluntary Suspension Period, Ramsaran shall be enjoined from using his CM/ECF filing privileges until the injunction is dissolved after a hearing on an untimely declaration filed by Ramsaran, *provided that* Ramsaran shall be permitted to file an untimely declaration without violating this prohibitory injunction.

8. The Show Cause Order is **DISCHARGED**.

#     #     #

Submitted by:

John Schank
Florida Bar No. 1002828
john.s.schank@usdoj.gov
Office of the United States Trustee
51 SW 1st Avenue, Room 1204
Miami, FL 33130
(305) 536-7285

*John Schank is directed to serve a copy of this order on all parties in interest not automatically served by CM/ECF and file a certification of such service with the Court.*