

**ORDERED in the Southern District of Florida on July 11, 2025.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
https://www.flsb.uscourts.gov/

In re:

Matter of United States Trustee's Motion,
for Show Cause Order against Melodye Hannes.
_____/

Misc. Proc. No. 25-00103-SMG

Matter of United States Trustee's Motion,
for Show Cause Order against Jerome Ramsaran.
_____/

**ORDER FINING MELODYE HANNES,**
**REQUIRING MELODYE HANNES TO REFUND DERRICK TURTON,**
**AND REFERRING MELODYE HANNES TO THE FLORIDA BAR TO INVESTIGATE**
**WHETHER MELODYE HANNES ENGAGED IN THE UNAUTHORIZED PRACTICE OF LAW**

THIS PROCEEDING was called for a hearing on Tuesday, July 8, 2025, at 1:30 p.m., upon the

*Order to Show Cause Why Melodye Hannes Should Not Be Sanctioned, Fined, and Referred to the*

*Florida Bar for the Unauthorized Practice of Law* [ECF No. 1] (the "Show Cause Order") entered on

June 6, 2025, after consideration of the *Motion for Order Requiring Melodye Hannes to Show Cause*

[Case No. 25-10825-SMG, ECF No. 98] (the "Motion") filed by the Mary Ida Townson, the United States trustee for Region 21 (the "UST"), on June 3, 2025.

In the Show Cause Order, the Court directed Melodye Hannes to appear before the Court and show cause why she should not be sanctioned for violating 11 U.S.C. § 110 and Local Rule 5005-4(B)(4); fined for each violation of 11 U.S.C. § 110; ordered to return $3,500 to Derrick Turton under 11 U.S.C. § 110(h); and referred to the Florida Bar to investigate whether Ms. Hannes has engaged in the unauthorized practice of law. Such order required Ms. Hannes to file any written response on or before June 27, 2025. Ms. Hannes failed to file any response to or attend the hearing on the Show Cause Order.

The Court, having considered the UST's Motion, counsel for the UST's proffer at the Show Cause Order hearing, and for the reasons stated on the record, finds that the Motion and Show Cause Order were properly served on Ms. Hannes and holds that Ms. Hannes will be fined $500 for each statutory violation of 11 U.S.C. § 110(l), totaling $2,500, ordered to return $3,500 to Mr. Turton, and referred to the Florida Bar to investigate whether Ms. Hannes engaged in the unauthorized practice of law.

Accordingly, it is

**ORDERED** and **ADJUDGED**:

1.      Within 28 days after entry of this order, Ms. Hannes shall pay to the United States trustee the sum of **$2,500**[1] for statutory fines under 11 U.S.C. § 110(l). Such payment shall be made payable to the **United States trustee,** sent to the attention of **John Schank** at **51 SW 1st Avenue, Suite 1204, Miami, FL 33130**, and deposited into the **United States Trustee Fund** in accordance with 11 U.S.C. § 110(l)(4)(A).

---

[1]      The UST's Motion alleged and the UST's counsel's proffer evidenced Ms. Hannes failed to comply with subsections (b), (c), (e), (h), and (g) of 11 U.S.C. § 110, which the Court fined $500 for each violation, as permitted under 11 U.S.C. § 110(l)(1).

2.      Within 28 days after entry of this order, Ms. Hannes shall refund **Derrick Turton** the sum of **$3,500**[2] for all fees paid by Mr. Turton under 11 U.S.C. § 110(h)(3)(B). Such payment shall be made payable to **Derrick Turton** and sent to the attention of **Peter Spindel**, Mr. Turton's counsel, at **8181 NW 154th Street, Suite 204, Miami, FL 33016**.

3.      This matter is referred to the Florida Bar to investigate whether Ms. Hannes engaged in the unauthorized practice of law. The United States trustee shall serve a copy of the Motion, the Show Cause Order, and this order on **Algeisa Vazquez, Branch UPL Counsel**, at **Lake Shore Plaza II, 1300 Concord Terrace, Suite 130, Sunrise, FL 33323** and file a certification of such service with the Court.

#      #      #

Submitted by:

John Schank
Florida Bar No. 1002828
john.s.schank@usdoj.gov
Office of the United States Trustee
51 SW 1st Avenue, Room 1204
Miami, FL 33130
(305) 536-7285

*John Schank is directed to serve a copy of this order on all parties in interest not automatically served by CM/ECF and file a certification of such service with the Court.*

---

[2]      As noted in the Court's *Order Referring Matter to United States Trustee for Investigation* [Case No. 25-10825-SMG, ECF No. 41], Mr. Turton represented to the Court on February 5, 2025, he paid Ms. Hannes $3,500. This amount was not disputed by Ms. Hannes in any document filed by her with the Court.