

**ORDERED in the Southern District of Florida on October 8, 2025.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKTUPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

MATTER OF UNITED STATES TRUSTEE'S        Misc. Pro. No. 25-00103-SMG
MOTION, FOR SHOW CAUSE ORDER
AGAINST MELODYE HANNES.

_____/

MATTER OF UNITED STATES TRUSTEE'S
MOTION, FOR SHOW CAUSE ORDER
AGAINST JEROME RAMSARAN.

_____/

### ORDER DENYING WITHOUT PREJUDICE INTERESTED PARTY'S MOTION TO COMPEL COMPLIANCE WITH COURT ORDER

This matter came before the Court on October 8, 2025,[1] on Interested Party

Derrick Turton's *Motion to Compel Compliance with Court Order and for Sanctions.*[2]

---

[1] Dkt. No. 22.

[2] Dkt. No. 21.

Although service[3] of the motion and notice of hearing appeared proper, no party appeared at the hearing either in support of or in opposition to the motion. For the reasons stated on the record, which constitute the decision of the Court, it is **ORDERED** that the *Motion to Compel Compliance with Court Order and for Sanctions* is **DENIED** without prejudice, for failure to appear and prosecute.

# # #

*Copies furnished to Richard Robles, Esq. who must serve a copy of this Order on all interested parties and file a certificate of service thereof.*

---

[3] Dkt. No. 24.