

**ORDERED in the Southern District of Florida on November 10, 2025.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:

Matter of United States Trustee's Motion,          Misc. Proc. No. 25-00103-SMG for
Show Cause Order against Melodye Hannes.
_____/

Matter of United States Trustee's Motion,
for Show Cause Order against Jerome Ramsaran.
_____/

### ORDER GRANTING IN PART RENEWED MOTION TO COMPEL COMPLIANCE WITH ORDER AND FOR SANCTIONS [ECF #27]

THIS CAUSE came before the court for hearing on November 4, 2025 at 1:30 p.m. upon the Debtor, Derrick Turton's, Renewed Motion to Compel Compliance with Order and for Sanctions [ECF #27] (the "Motion"), the Court having heard the arguments of counsel and reviewed the record, it is hereby ordered that:

1.      The Debtor's Motion is **GRANTED** in part.

2.      The Debtor, Derrick Turton, is hereby awarded $3,500.00 payable by Melodye Hannes.

3.      The Court shall enter a Final Judgment in favor of Derrick Turton and against Melodye Hannes accordingly. The Final Judgment shall require post-judgment attorney's fees and costs for Mr. Turton and shall accrue interest at the applicable federal rate. Execution shall issue immediately.

###

**Submitted by:**

Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive, Suite 228
Miami, Florida  33131
(305) 755-9200
rrobles@roblespa.com
assistant@roblespa.com

Attorney Robles is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.