

**ORDERED in the Southern District of Florida on November 10, 2025.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:

Matter of United States Trustee's Motion,                      Misc. Proc. No. 25-00103-SMG for
Show Cause Order against Melodye Hannes.
_____/

Matter of United States Trustee's Motion,
for Show Cause Order against Jerome Ramsaran.
_____/

**FINAL JUDGMENT**

The Court has ordered that Derrick Turton, whose address is 16768 Natures Way, Weston,

Florida 33326, recover from Melody Hannes, whose address is 3297 Reynolds Road, Bartow,

Florida 33830 the amount of Three Thousand Five Hundred Dollars ($3,500.00) and post-

judgment interest at the highest applicable rate. Derrick Turton shall be entitled to any and all

post-judgment attorney's fees and costs.

FOR WHICH SUM EXECUTION SHALL ISSUE IMMEDIATELY.

###

**Submitted by:**

Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive, Suite 228
Miami, Florida  33131
(305) 755-9200
rrobles@roblespa.com
assistant@roblespa.com

Attorney Robles is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.