United States Bankruptcy Court

Southern District of Florida

In re:

Case No. 25-00103-SMG

Chapter

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf005 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Derrick Turton, 16768 Natures Way, Fort Lauderdale, FL 33326-1072 |
| intp | + | Jerome Ramsaran, 1200 Brickell Ave Ste 1950, Miami, FL 33131-3298 |
| intp | + | Melodye Hannes, 6839 Wire Rd, Zephyrhills, FL 33542-1655 |
| intp | + | Peter Spindel, 8181 NW 154 St, Ste 204, Miami, FL 33016-5861 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Matter of United States Trustee's Motion, for Show |
| ust | | Matter of United States Trustee's Motion, for Show |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jerome Ramsaran | |
| | on behalf of Interested Party Jerome Ramsaran info@ramsaranlawgroup.com jerome@ramsaranlawgroup.com;Ramsaran.JeromeB142374@notify.bestcase.com |
| John Schank | |
| | on behalf of U.S. Trustee Office of the US Trustee john.s.schank@usdoj.gov |
| Office of the US Trustee | |

District/off: 113C-0                    User: admin                    Page 2 of 2
Date Rcvd: Nov 10, 2025                 Form ID: pdf005                 Total Noticed: 4

USTPRegion21.MM.ECF@usdoj.gov

Richard R Robles, Esq

on behalf of Interested Party Derrick Turton rrobles@roblespa.com
paralegal@roblespa.com;lawclerk@roblespa.com;assistant@roblespa.com;r49546@notify.bestcase.com

TOTAL: 4



**ORDERED in the Southern District of Florida on November 10, 2025.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:

Matter of United States Trustee's Motion,              Misc. Proc. No. 25-00103-SMG for
Show Cause Order against Melodye Hannes.
_____/

Matter of United States Trustee's Motion,
for Show Cause Order against Jerome Ramsaran.
_____/

## FINAL JUDGMENT

The Court has ordered that Derrick Turton, whose address is 16768 Natures Way, Weston, Florida 33326, recover from Melody Hannes, whose address is 3297 Reynolds Road, Bartow, Florida 33830 the amount of Three Thousand Five Hundred Dollars ($3,500.00) and post-judgment interest at the highest applicable rate. Derrick Turton shall be entitled to any and all post-judgment attorney's fees and costs.

Page 1 of 2

FOR WHICH SUM EXECUTION SHALL ISSUE IMMEDIATELY.

### 

**Submitted by:**

Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive, Suite 228
Miami, Florida  33131
(305) 755-9200
rrobles@roblespa.com
assistant@roblespa.com

Attorney Robles is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.